# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09−52593−rbk
Chapter No.: 7
Judge: Ronald B. King

IN RE: **Ricardo D Cortez and Christina M Cortez** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on   **8/24/09  at   09:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [8] Motion for Relief from Stay ( Filing Fee: $ 150.00 ) filed by Michael J. Burns for Creditor Wells Fargo Bank N.A. (Attachments: # (1) Exhibit Paylog# (2) Exhibit "A"# (3) Exhibit "B"# (4) Affidavit)(Burns, Michael)) Hearing Scheduled For 8/24/2009 at 09:00 AM at SA Courtroom 3 (Briones, Rosie)

Dated:  7/31/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

# CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: brionesr           Page 1 of 1              Date Rcvd: Jul 31, 2009
Case: 09-52593                Form ID: 132             Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 02, 2009.
```
db/db       Ricardo D Cortez, Jr.,   Christina M Cortez,   9442 Lilly Valley,   San Antonio, TX   78254-5908
cr         +Wells Fargo Bank N.A.,   P. O. Box 829009,   Dallas, Tx 75382-9009
```

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2009**          **Signature:**   _Joseph Speetjens_