United States Bankruptcy Court
Western District of Texas
San Antonio Division

IN RE:

RICARDO D. CORTEZ, JR.,
and CHRISTINA M. CORTEZ,

DEBTORS

Case No. __09-52593 RBK__

Chapter __7__

## RESPONSE TO MOTION FOR RELIEF
## FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY

Ricardo D. Cortez, Jr. and Christina M. Cortez ("Debtors") respond to the Motion for Relief From Automatic Stay of Act Against Property ("Motion") filed by Wells Fargo Bank, N.A. ("Movant") and would show the Court as follows:

1. Debtors admit the allegations in paragraph 1 of the Motion.

2. Debtors admit the allegations in paragraph 2 of the Motion.

3. Debtors deny the allegations in paragraph 3 of the Motion, except that Debtors admit the documents are true copies of the original documents.

4. Debtors deny the allegations in paragraph 4 of the Motion.

5. Debtors deny the allegations in paragraph 5 of the Motion.

6. Debtors deny the allegations in paragraph 6 of the Motion.

7. Debtors deny the allegations in paragraph 7 of the Motion.

WHEREFORE, Debtors request the Court to deny the relief sought by Movant in the Motion, and for such other relief as the Court deems proper.

Respectfully submitted,

LAW OFFICE OF J M TUTT
10010 San Pedro, Suite 660
San Antonio, TX 78216-3804
(210) 340-4809
(210) 568-2617 fax

John M. Tutt
SBN: 20347000

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on August 13, 2009, a true and correct copy of the Response to Motion for Relief From Automatic Stay of Act Against Property was sent to the following parties via electronic means as listed on the court's ECF noticing system or by first class mail:

Brice, Vander Linden & Wernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Johnny W. Thomas
1153 E Commerce St.
San Antonio, TX 78205

Ricardo & Christina Cortez
9442 Lilly Valley
San Antonio, TX 78254-5908

John M. Tutt