The relief described hereinbelow is SO ORDERED.

Signed August 24, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 09-52593-K |
| RICARDO D. CORTEZ JR. § | |
| CHRISTINA M. CORTEZ § | CHAPTER 7 |
| FKA CHRISTINA M MONCIVAIS § | |
| DEBTORS § | |
| § | |
| WELLS FARGO BANK, N. A. § | |
| MOVANT § | |
| VS § | |
| RICARDO D. CORTEZ JR. | |
| CHRISTINA M. CORTEZ | |
| FKA CHRISTINA M MONCIVAIS | |
| AND JOHNNY W. THOMAS, TRUSTEE | |
| RESPONDENTS | |

**ORDER GRANTING MOTION FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY**

The Court has considered the Motion for Relief from Automatic Stay of Act Against Property ("Motion") filed in this bankruptcy proceeding by Wells Fargo Bank, N. A.,as servicing agent for Midfirst Bank (hereinafter referred to as "Movant"), and the Court having reviewed the file herein, and finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the automatic stay is hereby terminated as to Movant, its successors and/or assigns, to permit said creditor to conduct a non-judicial foreclosure

09-52593-rbk  Doc#13  Filed 08/25/09  Entered 08/25/09 17:43:24  Pg 2 of 2

sale on the real property located at 9442 Lilly Valley, San Antonio, Texas 78254, and more particularly described within the deed of trust.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

# # #

Joe M. Lozano, Jr. / TBN 24005462
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Cynthia Brown / TBN 24026968
Keith Pearson / TBN 24039110
Adam R. Moore / TBN 24049565
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Attorney for Wells Fargo Bank, N. A.

5805-N-1499