# United States Bankruptcy Court
## Western District of Texas

| | | | |
|---|---|---|---|
| In re | **Ricardo D Cortez, Jr.**<br>**Christina M Cortez** | Case No. | **09-52593** |
| | Debtor(s) | Chapter | **7** |

### MOTION TO REOPEN CASE

TO THE HONORABLE RONALD B. KING, UNITED STATES CHIEF BANKRUPTCY JUDGE:

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Ricardo D. Cortez, Jr. and Christina M. Cortez, Debtors, file this Motion to Reopen Case, and in support of it respectfully represent to the Court as follows:

1. This case was filed on May 26, 2009. Debtors performed most of their duties, and the case was closed on December 16, 2009.

2. Debtors failed to take the Financial Management Course due to error.

3. Debtors have now taken the Financial Management Course.

4. Section 350(b) of the Bankruptcy Code provides that "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." The court in Sterritt v. Continental Inv. Corp., 2002 WL 1315514 (N.D. Tex 2002) found that the phrase "for other cause" found in section 350(b) as ground to reopen a bankruptcy case should be given an expansive reading as a generous term designed to encompass a broad panoply of circumstances which could not be anticipated by the drafters of the statute. The Fifth Circuit has given the phrase "for other cause" an expansive reading. Citizens Bank & Trust Company v. Case, 937 F.2d 1014 (5th Cir 1991).

5. Debtors seek to reopen their case in order to file the Financial Management Course certificates and request the entry of their Discharge of Debtor.

6. Debtors seek to have their case reopened to accord relief to the Debtor, and for other cause.

WHEREFORE, Debtors request the Court to enter its order reopening this case, and for such other and further relief to which they may be entitled.

Respectfully submitted,

LAW OFFICE OF JOHN M TUTT
10010 San Pedro, Suite 660
San Antonio, TX 78216-3804
(210) 340-4809
(210) 568-2617 fax

John M Tutt
SBN 20347000

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on August 13, 2010, a true and correct copy of the foregoing document was served on the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

See attached Service List

_____
John M Tutt

United States Trustee - SA12 12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Arthritis Center of S Texas
PO Box 2207
San Antonio, TX 78298-2207

Baptist M&S Imaging
PO Box 849553
Dallas, TX 75284-9553

CCS
PO Box
52677
Phoenix, AZ 85072

CMRE Financial Services
3075 E Imperial Hwy #200
Brea, CA 92821-6753

CPS Security
PO Box 33698
San Antonio, TX 78265-3698

Cancer Care Center of South Texas
PO Box 911234
Dallas, TX 75391-1234

Capital Management Services
726 Exchange St Suite 700
Buffalo, NY 14210-1464

Carlos Morales
7940 Floyd Curl Suite 860
San Antonio, TX 78229-3908

Cash Flow Consultants
PO Box 1527
Bridgeview, IL 60455-0527

Castillo Medical Group
PO Box 90208
San Antonio, TX 78209-9081

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citicorp Credit Services/ Alliance One
Po Box 21882
Eagan, MN 55121-0882

Citifinancial
5883 Babcock
San Antonio, TX 78240-2180

Collection Company of America
700 Longwater DRive
Norwell, MA 02061-1796

Conns
PO Box 815867
Dallas, TX 75381-5867

Express/ WFNNB
PO Box 182125
Columbus, OH 43218-2125

Financial Control Services
6801 Sander Ave Suite 195
Waco, TX 76710-7804

Financial Control Services
Po Box 21626
Waco, TX 76702-1626

Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500

First Credit Services
125 E John Carpenter Freeway Suite 1300
Irving, TX 75062-2366

HSBC Auto Finance
Bankruptcy Notices
Po Box 17909
San Diego, CA 92177-7909

HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

Home Depot
PO 689100
Des Moines, IA 50368-9100

LTD Financial Services
7322 Southwest Freeway Suite 1600
Houston, TX 77074-2053

LVNV Funding LLC
2650 Fountain View Dr #223
Houston, TX 77057-7631

Macy's
PO Box 6938
The Lakes, NV 88901-6938

Managers office
PO Box 2540
San Antonio, TX 78299-2540

NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080

Radiology Associates of San Antonio
PO Box 101500
San Antonio, TX 78201-9500

Rio Credit
1840 S Gen McMullen Suite 110
San Antonio, TX 78226-1182

San Antonio Orthopaedic Group
PO Box 2516
San Antonio, TX 78299-2516

Sara Apsley-Ambriz
4002 Technology Center
Longview, TX 75605-2697

Walmart
PO Box 530927
Atlanta, GA 30353-0927

WellMed Medical Managment
PO Box 847109
Dallas, TX 75284-7109

Wells Fargo Bank N.A.
P.O. Box 829009
Dallas, Texas 75382-9009

Wells Fargo Home Mtg
Attention:  Bankruptcy Department  MAC-X
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Johnny W Thomas
johnnywthomas.trusteblogs.com
St Paul Square
1153 E Commerce
San Antonio, TX 78205-3305

Ricardo D Cortez Jr.
9442 Lilly Valley
San Antonio, TX 78254-5908