

The relief described hereinbelow is SO ORDERED.

Signed August 13, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## United States Bankruptcy Court
### Western District of Texas

In re  Ricardo D Cortez, Jr.
     Christina M Cortez
                             Debtor(s)

Case No. 09-52593
Chapter 7

### ORDER REOPENING CASE

On this day came on to be considered the Motion to Reopen Case filed by Debtors. Good cause appearing, and no adverse interest being represented, it is

ORDERED, that the Motion to Reopen Case heretofore filed is granted and this case is reopened.

### ###

Submitted by:
John M. Tutt
10010 San Pedro, Suite 660
San Antonio, TX 78216-3804
(210) 340-4809
(210) 568-2617 fax
jtutt@quixnet.net

# CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: hernandez              Page 1 of 1                  Date Rcvd: Aug 13, 2010
Case: 09-52593                Form ID: pdfintp             Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 15, 2010.
db/db      Ricardo D Cortez, Jr.,   Christina M Cortez,   9442 Lilly Valley,   San Antonio, TX  78254-5908
tr         +Johnny W Thomas,   johnnywthomas.trusteblogs.com,   St Paul Square,   1153 E Commerce,
             San Antonio, TX 78205-3305

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**                    **Signature:**  _Joseph Speetjens_